FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN 20 PM 1:31

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: ) | Case Nos.: | CR112-176, U.S. v. M. C. Carter |
| LEAVE OF ABSENCE REQUEST FOR ) | | CR114-105, U.S. v. B. L. Lewis |
| LAMONT A. BELK ) | | CR114-124, U.S. v. D. S. Winn |
| **February 10 – 13, February 20 and 23;** ) | | |
| **March 6 and 9, and March 20 and 23** ) | | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Lamont A. Belk for the following dates: February 10 -13, 2015, February 20 and 23, 2015; March 6 and 9, 2015; and March 20 and 23, 2015, for the purposes of attending a seminar at the National Advocacy Center (February 10 - 13, 2015), and travel outside of the district; the same is hereby GRANTED.

This 20th day of January, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA