UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: ) Case Nos.:
LEAVE OF ABSENCE REQUEST FOR )
LAMONT A. BELK )
DEC. 28, 2015 – JAN. 4, 2016 )
)
)

CR 112-176, U.S. v. M. Carter
CR 115-039, U.S. v. M. Williams
CR 115-089, U.S. v. C. Bonner
CV 115-157, Grant v. U.S.

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Lamont A. Belk for the following dates: December 28, 2015, through January 4, 2016, for travel outside of the country; the same is hereby GRANTED.

This _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA